MORGAN, LEWIS & BOCKIUS LLP
DARYL S. LANDY, State Bar No. 136288
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, California 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: dlandy@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ANN MARIE REDING, State Bar No. 226864
One Market Street, Spear Street Tower
San Francisco, California 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: areding@morganlewis.com

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, improperly sued as Comcast Inc.

Daniel Berko
819 Eddy Street
San Francisco, CA 94109
Tel: 415.771.6174
Fax: 415.474.3748
E-mail: berkolaw@sbcglobal.net

Attorney for Plaintiff THOMAS W. RAMOS on behalf of himself and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS W. RAMOS on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> AC SQUARE; COMCAST INC.; AFSHIN GHANEH; ANDREW A. BAHMANYAR, <br><br> Defendants. | Case No. CV-08-5177 MHP <br><br> **STIPULATION AND [PROPOSED] ORDER RE INCLUSION OF COMCAST CABLE COMMUNICATION MANAGEMENT, LLC** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21032202.1

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV-08-5177 MHP

## JOINT STIPULATION

Plaintiff Thomas Ramos and Defendant Comcast Cable Communications Management, LLC, improperly sued as Comcast Inc. (collectively "the Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Comcast Cable Communications Management, LLC shall be treated as though it was named as a defendant in and responded to the original Complaint, rather than Comcast Inc.

2. The Parties stipulate and agree that this agreement shall have no affect whatsoever on the rights or liabilities, claims or defenses, of any party in any other case and is not a relevant fact in other cases.

3. This stipulation does not prejudice any other claims or defenses of the Parties in this case.

4. Any reference to Comcast Inc or Comcast in the original Complaint shall be understood as a reference to Comcast Cable Communications Management, LLC.

Dated: March 11, 2009

MORGAN, LEWIS & BOCKIUS LLP
DARYL S. LANDY
ANN MARIE REDING


By    /s/ Ann Marie Reding
       Ann Marie Reding
       Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, improperly sued as Comcast Inc.


Dated: March 11, 2009

LAW OFFICES OF DANIEL BERKO
DANIEL BERKO


By    /s/ Daniel Berko
       Daniel Berko
       Attorneys for Plaintiff THOMAS W. RAMOS, on behalf of himself and all others similarly situated

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21032202.1                              1                      STIPULATION AND [PROPOSED] ORDER
                                                                   CASE NO. CV-08-5177 MHP

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  Comcast Cable Communications Management, LLC shall be treated as though it was named as a defendant in and responded to the original Complaint, rather than Comcast Inc.  All references to Comcast or Comcast Inc, in the original Complaint will be understood to mean Comcast Cable Communications Management, LLC.

Dated:  March __12__, 2009

_____
Honorable Marilyn H. Patel



Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto

DB2/21032202.1

2

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV-08-5177 MHP