MORGAN, LEWIS & BOCKIUS LLP
DARYL S. LANDY, State Bar No. 136288
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, California 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: dlandy@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ANN MARIE REDING, State Bar No. 226864
One Market Street, Spear Street Tower
San Francisco, California 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: areding@morganlewis.com

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC, improperly sued as
Comcast Inc.

Daniel Berko
819 Eddy Street
San Francisco, CA 94109
Tel: 415.771.6174
Fax: 415.474.3748
E-mail: berkolaw@sbcglobal.net

Attorney for Plaintiff THOMAS W. RAMOS on
behalf of himself and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS W. RAMOS on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AC SQUARE; COMCAST INC.; AFSHIN GHANEH; ANDREW A. BAHMANYAR,<br><br>Defendants. | Case No. CV-08-5177 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUING MOTION FOR SUMMARY JUDGMENT DEADLINES** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21117602.1

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV-08-5177 MHP

**JOINT STIPULATION**

Pursuant to Civil Local Rules, 6-1, 6-2, and 7-12, Plaintiff Thomas Ramos and Defendant Comcast Cable Communications Management, LLC, improperly sued as Comcast Inc. (collectively "the Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On March 9, 2009, at the initial Case Management Conference in this case, the Parties requested a deadline for filing motions for summary judgment regarding Plaintiff's joint employer theory against Comcast Cable Communications Management, LLC. The Court ordered the Parties to file any motion(s) for summary judgment by June 1, 2009 and any opposition(s) by June 15, 2009.

2. The parties have not yet completed discovery related to the joint employer theory in this case due to scheduling conflicts and coordination with discovery in the related actions pending in San Mateo County Superior Court. Comcast has agreed to produce a second person most knowledgeable and provide Plaintiff with further documents in the upcoming weeks. Accordingly, the Parties request that the Court continue the deadlines related to the motion(s) for summary judgment as follows:

- June 29, 2009 - Last day to file motions for summary judgment;
- July 13, 2009 - Last day to file oppositions;
- July 20, 2009 - Last day to file replies; and
- August 3, 2009 - Hearing on any motion for summary judgment.

If the Court is unavailable on the requested August 3, 2009 hearing date, the Parties request that any motion for summary judgment be heard on August 10, 2009, and the Court extend the filing deadlines above by 7 days each.

4. There have been no other time modifications in this case. The Court has not set this case for trial, nor has it set a deadline for any motion for class certification. Accordingly, the requested time modification should not affect the schedule for this case.

Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto

2
DB2/21117602.1
STIPULATION AND [PROPOSED] ORDER
CASE NO. CV-08-5177 MHP

| | | |
|---|---|---|
| 1 | Dated: May 20, 2009 | MORGAN, LEWIS & BOCKIUS LLP<br>DARYL S. LANDY<br>ANN MARIE REDING |
| 2 | | |
| 3 | | |
| 4 | | By /s/ Ann Marie Reding |
| 5 | | Ann Marie Reding<br>Attorneys for Defendant<br>COMCAST CABLE COMMUNICATIONS<br>MANAGEMENT, LLC, improperly sued as<br>Comcast Inc. |
| 6 | | |
| 7 | | |
| 8 | Dated: May 20, 2009 | LAW OFFICES OF DANIEL BERKO<br>DANIEL BERKO |
| 9 | | |
| 10 | | |
| 11 | | By /s/ Daniel Berko |
| 12 | | Daniel Berko<br>Attorneys for Plaintiff THOMAS W.<br>RAMOS, on behalf of himself and all others<br>similarly situated |
| 13 | | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Any motion for summary judgment related to Plaintiff's joint employer theory of liability against Comcast Cable Communications Management, LLC, must be filed by June 29, 2009; any opposition must be filed by July 13, 2009; and any reply must be filed by July 20, 2009. Any motion for summary judgment on this issue will be heard on August 3, 2009 at 2:00 p.m. in Courtroom 15. The prior filing deadlines of June 1, 2009, June 15, 2009, and June 22, 2009 are hereby vacated.

Dated: May 22, 2009

_____
Honorable Marilyn H. Patel
U.S.D.J.

IT IS SO ORDERED
Judge Marilyn H. Patel

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

3
DB2/21117602.1

STIPULATION AND [PROPOSED] ORDER
CASE NO. CV-08-5177 MHP