MORGAN, LEWIS & BOCKIUS LLP
DARYL S. LANDY, State Bar No. 136288
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: dlandy@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ANN MARIE REDING, State Bar No. 226864
One Market Street, Spear Street Tower
San Francisco, California 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: areding@morganlewis.com

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC, improperly sued as
Comcast Inc.

*Additional counsel listed on next page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS W. RAMOS on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AC SQUARE; COMCAST INC.; AFSHIN GHANEH; ANDREW A. BAHMANYAR,<br><br>Defendants. | Case No. CV-08-5177 MHP<br><br>**STIPULATION AND PROPOSED ORDER STAYING ACTION PENDING FINAL APPROVAL OF SETTLEMENT** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21205819.1

STIPULATION AND PROPOSED ORDER
STAYING ACTION
CASE NO. CV-08-5177 MHP

RONALD A. PETERS, Bar No. 169895
BENJAMIN A. EMMERT, Bar No. 212157
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
Fax No.: 408.288.5686

Attorneys for Defendants
AC SQUARE, INC., AFSHIN GHANEH AND ANDREW BAHMANYAR

DANIEL BERKO
LAW OFFICES OF DANIEL BERKO
819 Eddy Street
San Francisco, CA 94109
Tel: 415.771.6174
Fax: 415.474.3748
E-mail: berkolaw@sbcglobal.net

Attorney for Plaintiff THOMAS W. RAMOS on behalf of himself and all others similarly situated

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21205819.1

ii

STIPULATION AND PROPOSED ORDER
STAYING ACTION
CASE NO. CV-08-5177 MHP

The following is hereby stipulated and agreed, by and among the parties, plaintiff Thomas W. Ramos ("Plaintiff") and defendants AC Square, Inc. ("AC Square"), Comcast Cable Communications Management, LLC ("Comcast"), erroneously sued as Comcast Inc., Afshin Ghaneh; and Andrew A. Bahmanyar ("Defendants") (collectively, the "Parties").

## STIPULATION

WHEREAS, Plaintiff initially filed this action on behalf of himself and on behalf of others similarly situated on November 14, 2008;

WHEREAS, Plaintiff's claims, brought individually and on behalf of others similarly situated, include alleged violations of the Fair Labor Standards Act ("FLSA");

WHEREAS, Plaintiff's counsel has filed two other similarly pled, pending actions in San Mateo County Superior Court (Case Nos. CIV 464144 and CIV 473571, both entitled *Keating-Traynor, et al. v. AC Square, et al.*) which are further advanced procedurally than this action, include substantially the same parties and the same class of individuals, and allege the same factual allegations, including claims that Plaintiff and the putative class members are jointly employed by all Defendants, and allege similar pay practices claims but under California law, including a claim under California Business and Professions Code section 17200, predicated on violations of the FLSA, as well as other claims of wage and hour violations;

WHEREAS, because of the similarities of the two *Keating-Traynor* actions, Complex Litigation Judge Carol L. Mittlesteadt ordered the consolidation of Case Nos. CIV 473571 and 464144 on June 18, 2008, and designated Case No. CIV 464144 as the lead case;

WHEREAS, on July 21, 2008, Plaintiff Mario Nunez, represented by Scott Cole & Associates, filed a putative class action against AC Square in Los Angeles County Superior Court, likewise encompassing substantially the same class of individuals as the class proposed in this action and the same claims of wage and hour violations. The case was later transferred to San Mateo County (Case No. CIV 479622) and consolidated with the two *Keating-Traynor* consolidated actions on August 18, 2009;

WHEREAS, on or about November 9, 2009, Plaintiff Mario Nunez subsequently sought leave to amend his complaint to include Comcast, Afshin Ghaneh and Andrew Bahmanyar as

1  defendants, adding allegations that Comcast is a joint employer with AC Square of Plaintiff and

2  the putative class members, and includes a cause of action for violation of the FLSA;

3      WHEREAS, on November 9, 2009, Plaintiff Nunez and Defendants AC Square, Afshin

4  Ghaneh, Andrew Bahmanyar, and Comcast signed a class action settlement agreement releasing

5  the claims alleged in the consolidated *Nunez* and *Keating-Traynor* actions and encompassing the

6  putative class alleged in this action and their claims under the FLSA (a copy of the executed class

7  action settlement agreement is attached hereto as Exhibit A);

8      WHEREAS, on December 2, 2009, Plaintiff Nunez and Defendants AC Square, Afshin

9  Ghaneh, Andrew Bahmanyar, and Comcast filed an notice of motion for preliminary approval of

10  the class action settlement, which will be heard on February 1, 2010 before Judge Mittlesteadt in

11  Department 1 of the Complex Civil Litigation Department of San Mateo County Superior Court;

12  and

13      WHEREAS, the Parties desire to avoid duplicative litigation and to conserve judicial

14  resources pending final approval of the settlement of the San Mateo County Superior Court

15  actions.

16      NOW THEREFORE, the Parties hereby stipulate that:

17      1.    This action shall be stayed in its entirety from the date of entry of this Order,

18  including any discovery deadlines established in the Court's November 6, 2009 Order, until such

19  time that the San Mateo County Superior Court issues a ruling on any motion for final approval of

20  the class action settlement;

21      2.    Pending the Court's ruling on this Order, the Parties agree that the discovery

22  deadline established in the Court's November 6, 2009 Order is tolled. If the Court denies the

23  Parties' stipulation and proposed order for a stay of this action, the Parties will have sixty-four

24  days to complete discovery from the date the Court denies the stay;

25      3.    The Parties may file a stipulation to lift the stay after ten days following receipt of

26  any order denying final approval of the settlement or denies preliminary approval with prejudice;

27      4.    The stay may alternatively be lifted upon order of the Court, mutual agreement of

28  the Parties, or upon motion by either party providing thirty days notice to the other side;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21205819.1      2      STIPULATION AND PROPOSED ORDER
STAYING ACTION
CASE NO. CV-08-5177 MHP

5. The statute of limitations as to the claims asserted by Plaintiff Ramos and all putative class members in the proposed settlement class in the San Mateo County Superior Court actions is tolled as of the date of entry of the Parties' Stipulation. If the Court denies this Stipulation, the parties agree that the statute of limitations as to the claims asserted by Plaintiff Ramos and all putative class members in the proposed settlement class in the San Mateo County Superior Court actions is tolled for ten days following the date of entry of the Order; and

6. The content of this Stipulation is acceptable to all persons signing the document.

IT IS SO STIPULATED.

Dated: December 10, 2009                MORGAN, LEWIS & BOCKIUS LLP
                                        DARYL S. LANDY
                                        ANN MARIE REDING


                                        By     /s/ Ann Marie Reding
                                            Ann Marie Reding
                                            Attorneys for Defendant
                                        COMCAST CABLE COMMUNICATIONS
                                        MANAGEMENT, LLC, improperly sued as
                                        Comcast Inc.

Dated: December 10, 2009                LITTLER MENDELSON PC
                                        RONALD PETERS
                                        BENJAMIN EMMERT


                                        By     /s/ Benjamin Emmert
                                            Ronald Peters
                                            Benjamin Emmert
                                            Attorneys for Defendants
                                        AC SQUARE, INC.; AFSHIN GHANEH; and
                                        ANDREW A. BAHMANYAR

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21205819.1                          3                       STIPULATION AND PROPOSED ORDER
                                                                              STAYING ACTION
                                                                        CASE NO. CV-08-5177 MHP

1 | Dated: December 10, 2009

LAW OFFICES OF DANIEL BERKO
DANIEL BERKO


By   /s/ Daniel Berko
   Daniel Berko
   Attorneys for Plaintiff THOMAS W. RAMOS, on behalf of himself and all others similarly situated

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21205819.1

4

STIPULATION AND PROPOSED ORDER
STAYING ACTION
CASE NO. CV-08-5177 MHP

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING:

1. The action is stayed in its entirety from the date of entry of this Order, including any discovery deadlines established in the Court's November 6, 2009 Order, until such time that the San Mateo County Superior Court issues its ruling on any motion for final approval of the class action settlement or denies preliminary approval with prejudice;

2. The Parties may file a stipulation to lift the stay after ten days following receipt of any order denying final approval of the settlement;

3. The stay may alternatively be lifted upon order of the Court, mutual agreement of the Parties, or upon motion by either party providing thirty days notice to the other; and

4. The statute of limitations as to the claims asserted by Plaintiff Ramos and all putative class members in the proposed settlement class in the San Mateo County Superior Court actions is tolled as of the date of entry of the Parties' Stipulation.

**IT IS SO ORDERED.**

Dated: December ___, 2009

Honorable Marilyn H. Patel
United States District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21205819.1                              1                  STIPULATION AND PROPOSED ORDER
                                                                                 STAYING ACTION
                                                                       CASE NO. CV-08-5177 MHP