1 | *Counsel Listed On The Following Page*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS W. RAMOS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AC SQUARE, INC., COMCAST, INC., AFSHIN GHANEH and ANDREW BAHMANYAR,<br><br>Defendants. | Case No. CV 08-05177 (MHP)<br><br>**STIPULATION BY PLAINTIFFS AND DEFENDANTS AC SQUARE, INC., COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, AFSHIN GHANEH AND ANDREW BAHMANYAR TO DISMISS LAWSUIT WITHOUT PREJUDICE.** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113 2303
408.998.4150

Stipulation To Dismiss Lawsuit Without Prejudice

Case No. CV 08-05177 (MHP)

| | |
|---|---|
| 1 | LAW OFFICE OF DANIEL BERKO |
|   | DANIEL BERKO, State Bar No. 94912 |
| 2 | 819 Eddy Street |
|   | San Francisco, CA 94109 |
| 3 | Tel: 415.771.6174 |
|   | Fax: 415.474.3748 |
| 4 | E-mail: daniel@berkolaw.com |
|   | Attorney for Plaintiffs |

RONALD A. PETERS, Bar No. 169895
BENJAMIN A. EMMERT, Bar No. 212157
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
Telephone:   408.998.4150
Fax No.:     408.288.5686

Attorneys for Defendants
AC SQUARE, INC., AFSHIN GHANEH and ANDREW BAHMANYAR

MORGAN, LEWIS & BOCKIUS LLP
DARYL S. LANDY, State Bar No. 136288
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: dlandy@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ANN MARIE REDING, State Bar No. 226864
One Market Street, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC, improperly sued
as Comcast, Inc.

Stipulation to Dismiss Lawsuit Without Prejudice    2.    Case No. CV 08-05177 (MHP)

Plaintiff Thomas Ramos and opt-in Plaintiffs and Defendants AC Square, Inc. ("AC Square"), Comcast Cable Communications Management, LLC (improperly sued as Comcast, Inc.) ("Comcast"), Afshin Ghaneh ("Ghaneh") and Andrew Bahmanyar ("Bahmanyar") (collectively referred to as "Defendants") pursuant to FRCP 41(a)(2) hereby stipulate and request that the above-entitled lawsuit be dismissed without prejudice, with each party to bear his/her its own attorneys' fees and litigation costs. In support of this request, Plaintiffs and Defendants (collectively referred to as the "Parties") hereby stipulate and agree as follows:

## STIPULATION

WHEREAS, Plaintiff Thomas Ramos was employed by AC Square as a cable technician from approximately June 2, 2006, to May 19, 2007.

WHEREAS, Plaintiff Thomas Ramos initiated this lawsuit as a collective action by a Complaint filed on November 14, 2008, alleging AC Square failed to pay him and all other similarly situated individuals overtime compensation in violation of the federal Fair Labor Standards Act ("FLSA") (the "Ramos Lawsuit"). Plaintiff Ramos alleged Comcast, Ghaneh and Bahmanyar are jointly liable for the alleged FLSA's violations on a joint employer theory.

WHEREAS, sixty-eight (68) individuals filed consents to join the Ramos Lawsuit. The individuals are: (1) Oswaldo Alanis, (2) Angel Alcairo, (3) Gilberto Altamirano, (4) Ruben Altamirano, (5) Yony Amaya, (6) Brian Andersen, (7) Angel Araoz, (8) Jorge Luis Banuelo, (9) Talebi Borzou, (10) Guillermo Burger, (11) Joseph Cardwell, (12) Alfredo Cerda, (13) Jose Alberto Cervantes, (14) Pedro Elias Chacha Rosa, (15) Jeronimo Lopes Da Silva, (16) Leomar De Paula, (17) Otacilio P. De Sousa, (18) Alain Elias, (19) William Fleming, (20) Jairo Flores, (21) Jose Franco, (22) Chris Freeman, (23) Abraham Gaytan, (24) Anthony Gonzalez, (25) Derek Grant, (26) Britton Greig, (27) Mathew Harvey, (28) Michael Alan Hellyer, (29) Max Heng, (30) Piv Heng, (31) Omar Villar Hidalgo, (32) Sherman Hill, (33) Eduardo Laval, (34) Jack Lesiewski, (35) Juan Jose Ludena, (36) Puliceno Carlos Luis, (37) Jhon Martinez, (38) Jeremy McNair, (39) Efren Menchaca, (40) Raul Menchaca, (41) Martin A. Navarro, (42) Roberto Osorio, (43) Anderson Purcima, (44) Jose Quesada Delgado (incorrectly named in the opt-in notice as "Jose Quesada"), (45) Oswald Stanly Rivas, (46) Michael Rizo Ramirez, (47) David Rodrigues, (48) Leonel Paredes Rodriguez,

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113 2303
408 998 4150

Stipulation to Dismiss Lawsuit Without Prejudice    3.    Case No. CV 08-05177 (MHP)

(49) Cesar Romero, (50) Jesus Romero, (51) Joel Saldanna Torres (incorrectly identified in the opt-in notice as Joel Saldanna), (52) Mario Santana, (53) Javier Santillan, (54) Jorge Arturo Gomez Sauzo, (55) Michael Sneddon, (56) Mikhael Stewart Fleming, (57) Hector Hernandez Tellez, (58) Sanith Tien, (59) Sano Tien, (60) Richard Tran, (61) Ignacio Trejo, (62) Rocco Urman, (63) Zeguill Vanhook, (64) Jorge Ventimilla, (65) Mauro Manuel Verman, (66) Troy White, (67) Christopher Willis, and (68) Bradley Young.

WHEREAS, the Ramos Lawsuit is one of four lawsuits filed against AC Square alleging it violated various state and federal wage and hour laws, including the FLSA. The other lawsuits filed against AC Square are entitled: (1) *Daniel Keating-Traynor, on behalf of himself and all others similarly situated, Plaintiffs, v. AC Square, Inc. and Does 1 though 600, inclusive, Defendants*, San Mateo County Superior Court Case No. 464144 (the "464144 Lawsuit"); (2) *Daniel Keating-Traynor, on behalf of himself and all others similarly situated, Plaintiffs, v. AC Square, Inc., Comcast, Inc., Afshin Ghaneh, Andrew Bahmanyar, and DOES 1 through 60, inclusive, Defendants,* San Mateo County Superior Court Case No. 473571; and (3) *Mario Nunez, individually, and on behalf of all others similarly situated, Plaintiffs, v. AC Square, Inc., Comcast Cable Communications Management, LLC., Afshin Ghaneh, Andrew Bahmanyar, and DOES 1 through 75, inclusive, Defendants,* San Mateo County Superior Court Case No. 479622 (the "479622 Lawsuit"). Each of these lawsuits purports to represent the same group of plaintiffs, including the same plaintiffs in the Ramos Lawsuit.

WHEREAS, the Nunez Lawsuit includes claims that AC Square violated the provisions of the FLSA and that Comcast, Ghaneh and Bahmanyar are legally liable for these alleged FLSA violations on a joint employer theory.

WHEREAS, Plaintiffs in the 464144 and the 473571 Lawsuits are represented by Daniel Berko of the Law Office of Daniel Berko. Plaintiffs in the 479622 Lawsuit are represented by Matthew R. Bainer of the law firm Scott Cole & Associates, APC, 1970 Broadway, Ninth Floor, Oakland, CA 94612, telephone (510)891-9800.

///

///

Stipulation to Dismiss Lawsuit Without Prejudice 4. Case No. CV 08-05177 (MHP)

WHEREAS, on November 9, 2009, Plaintiff Nunez and Defendants AC Square, Comcast, Ghaneh and Bahmanyar signed a class action settlement agreement settling the claims raised in the 479622, the 464144 and 473571 Lawsuits ("Nunez Settlement").

WHEREAS, on April 16, 2010, the Hon. Carol L. Mittlesteadt granted Plaintiff Nunez and Defendants AC Square, Comcast, Ghaneh and Bahmanyar's motion for preliminary approval of the Nunez Settlement and ordered that a notice of the settlement be sent to the settlement class members.

WHEREAS, between May 25, 2010, and July 24, 2010 (the deadline to opt-out of the Nunez Settlement), forty-one (41) purported settlement class members in the Nunez Settlement, who had also filed consents to participate in Ramos Lawsuit, opted out of the Nunez Settlement ("Opt-Out Plaintiffs"). These individuals are: (1) Angel Alcairo, (2) Gilberto Altamirano, (3) Ruben Altamirano, (4) Bryan Andersen, (5) Angel Araoz, (6) Alain Elias, (7) Jorge Banuelos Lopez, (8) Guillermo Burger, (9) Alfredo Cerda, (10) Jeronimo Da Silva, (11) Leomar de Paula, (12) Otacilio De Sousa, (13) Jose Quesada Delgado, (14) William Fleming Jr., (15) Abraham Gaytan, (16) Anthony Gonzalez Garcia, (17) Britton Greig, (18) Maximillian Heng, (19) Sherman Hill Jr., (20) Jack Lesiewski, (21) Luiz Puliceno, (22) Jeremy McNair, (23) Roberto Osorio, (24) Anderson Purcima, (25) Thomas Ramos, (26) Oswaldo Rivas, (27) Michel Rizo Ramirez, (28) David Rodrigues, (29) Cesar Romero, (30) Joel Saldanna, (31) Javier Santillan, (32) Jorge Sauzo, (33) Michael Sneddon, (34) Mikhael Stewart Fleming, (35) Hector Tellez, (36) Sanith Tien, (37) Ignacio Trejo, (38) Rocco Urman, (39) Zeguill Vanhook, (40) Jorge Veintimilla, and (41) Troy White.[1] All forty-one (41) of the Opt-Out Plaintiffs are represented by the Law Office of Daniel Berko.

WHEREAS, the remaining twenty-eight (28) Plaintiffs who filed consents to participate in the Ramos Lawsuit agreed to participate in the settlement of the Nunez Lawsuit and fully and finally resolve their potential FLSA claims through that forum. These individuals are: (1) Oswaldo Alanis, (2) Yony Amaya, (3) Talebi Borzou, (4) Joseph Cardwell, (5) Jose Alberto Cervantes, (6) Pedro Elias Chacha Rosa, (7) Jairo Flores, (8) Jose Franco, (9) Chris Freeman, (10)

---

[1] Piv Heng and Sano Tien are continuing to pursue alleged wage and hour claims against AC Square for their work for AC Square in a capacity other than as a cable technician.

Stipulation to Dismiss Lawsuit Without Prejudice     5.     Case No. CV 08-05177 (MHP)

Derek Grant, (11) Mathew Harvey, (12) Michael Alan Hellyer, (13) Piv Heng, (14) Omar Villar Hidalgo, (15) Eduardo Laval, (16) Juan Jose Ludena, (17) Jhon Martinez, (18) Efren Menchaca, (19) Raul Menchaca, (20) Martin A. Navarro, (21) Leonel Paredes Rodriguez, (22) Jesus Romero, (23) Mario Santana, (24) Sano Tien, (25) Richard Tran, (26) Mauro Manuel Verman, (27) Christopher Willis, and (28) Bradley Young.

WHEREAS, on September 10, 2010, the Hon. Marie S. Weiner orally granted final approval of the Nunez Settlement. A true and correct copy of the Order granting final approval of the Nunez Settlement is attached hereto as Exhibit A.

WHEREAS, on October 13, 2010, Plaintiffs' counsel, Daniel Berko filed a new lawsuit against AC Square, Comcast, Ghaneh and Bahmanyar entitled *Thomas Ramos, et al., Plaintiffs, v. AC Square, Inc., Comcast Cable Communications Management, LLC, Afshin Ghaneh, Andrew Bahmanyar, and Does 1 through 60 inclusive, Defendants*, San Mateo County Superior Court Case No. 499692 ("499692 Lawsuit"). The 499692 Lawsuit includes the same allegations and causes of action, and is based on alleged violations of state and federal law, including the FLSA, as the 464144 Lawsuit, the 473571 and the Ramos Lawsuit. The 499692 Lawsuit names as plaintiffs the forty-one (41) Opt-Out Plaintiffs.

WHEREAS, Plaintiffs, AC Square, Comcast, Ghaneh and Bahmanyar have entered into a stipulation whereby the statute of limitations for the Opt-Out Plaintiffs state and federal claims raised in the 499692 Lawsuit will be calculated by the date the claim was first properly raised in the 464144 Lawsuit or the 473571 Lawsuit and/or the date the Opt-Out Plaintiff filed a consent to join in the FLSA claim in this action and not from the date the 499692 lawsuit was filed.

WHEREAS, the Parties desire to avoid costly and duplicative efforts and conserve judicial resources by litigating the claims of the Opt-Out Plaintiffs' state and federal claims in one forum through the 499692 Lawsuit.

///

///

///

///

1   NOW THEREFORE, the Parties hereby stipulate and request that:

2   The Ramos Lawsuit be dismissed without prejudice with each party to bear his/her/its

3   own attorneys' fees and litigation costs so that the Opt-Out Plaintiffs may pursue both their state and

4   federal claims in the San Mateo County Superior Court in the 499692 Lawsuit.

5   IT IS SO STIPULATED.

6   Dated: November 15, 2010

_____
DANIEL BERKO
LAW OFFICE OF DANIEL BERKO
Attorney for Plaintiffs

10   Dated: November 15, 2010

_____
RONALD A. PETERS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
AC SQUARE, INC., AFSHIN GHANEH and
ANDREW BAHMANYAR

15   Dated: November 15, 2010

_____
DARYL S. LANDY
ANN MARIE REDING
MORGAN, LEWIS & BOCKIUS LLP
Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC, improperly sued as
Comcast, Inc.

Firmwide:98615532.1 047098.1008

Stipulation to Dismiss Lawsuit Without Prejudice    7.    Case No. CV 08-05177 (MHP)